

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF M.D.R., | § | No. 08-23-00143-CV |
| A CHILD. | § | Appeal from the |
| | § | 388th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM2495) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding Appellant C.F.[1] has failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

Appellant did not pay the case filing fee of $205 when she filed her notice of appeal and there is nothing in the record before us to indicate Appellant is indigent. On April 28, 2023, the Clerk of the Court sent Appellant a request for payment of the case filing fee. On May 22, 2023, the Clerk of the Court sent Appellant a second request for payment of the case filing fee. Both letters notified Appellant that failure to pay the case filing fee within 20 days could result in dismissal of the appeal for want of prosecution pursuant to Texas Rule of Appellate Procedure

---

[1] To protect the privacy of the parties, we refer to them by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d); TEX. R. APP. P. 9.8(a), (b)(2).

42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to our notice. Pursuant to Rule 42.3(b) and (c), we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

YVONNE T. RODRIGUEZ, Chief Justice

June 26, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.